**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIA J. WALLACE,**

                **Plaintiff,**

-vs-                                                          Case No. 6:04-cv-1354-Orl-KRS

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C § 2412 (Doc. No. 18)**
>
> **FILED:** June 8, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for failure to comply with Middle District of Florida 3.01(g).

Counsel may resubmit his petition with a proper 3.01(g) certification ***on or before June 19, 2006.***

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2006.

                                                                  *Karla R. Spaulding*
                                                             KARLA R. SPAULDING
                                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties